# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3941

_____

| | |
|---|---|
| Frederick O. Bond, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * District of Minnesota. |
| The Legislature of the State of | * |
| Minnesota; Ward Einess,[1] | * [UNPUBLISHED] |
| Commissioner of the Minnesota | * |
| Department of Revenue; Does 1-200, | * |
| | * |
| Appellees. | * |

_____

Submitted: September 13, 2007
Filed: September 24, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

_____

[1]Ward Einess has been appointed to serve as Commissioner of the Minnesota Department of Revenue, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

Frederick Bond appeals the district court's[2] order granting defendants' motion for judgment on the pleadings. Upon de novo review, <u>see</u> <u>Westcott v. City of Omaha</u>, 901 F.2d 1486, 1488 (8th Cir. 1990) (standard of review), we conclude judgment on the pleadings in favor of defendants was proper. Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

_____

[2]The Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).